An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RUBEN JAMES TRUJILLO A/K/A
JAMES RUBEN TRUJILLO,
                    Appellants,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 64095

**FILED**

FEB 0 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order revoking probation. Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-03599

cc:  Hon. Alvin R. Kacin, District Judge
     Elko County Public Defender
     Attorney General/Carson City
     Elko County District Attorney
     Elko County Clerk
     Ruben James Trujillo